# Order

Michigan Supreme Court
Lansing, Michigan

January 25, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack,
Justices

146260

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                    SC: 146260
                                    COA: 308229
DWAIN ALLEN CARROLL,               Monroe CC: 11-038798-FC
      Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 11, 2012 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 25, 2013

                                   Clerk

s0122